AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROGER HILLYGUS, et al.,

        Plaintiff,

v.

FRANCIS DOHERTY, et al.

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:18-cv-00212-MMD-WCG

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the city, county, and alleged state actors' motions to dismiss (ECF Nos. 24, 25, 26, 30, 33, 40, 62, 89) are granted.

**IT IS FURTHER ORDERED AND ADJUDGED** that the remaining pending motions (ECF Nos. 27, 35, 37, 41, 43, 44, 45, 49, 51, 52, 54, 57, 61, 63) are denied as moot.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered and this case is closed.

Date:  December 21, 2018

DEBRA K. KEMPI
Clerk

/s/K. Walker
Deputy Clerk